Elmer V. McCarthy, Appellant, v. Clyde R. Landis, Appellee.

Gen. No. 46,183. (Abstract of Decision.)

Edwin A. Lotko, for appellant; Coghlan & Coghlan, and Ahern & Gillogly, for appellee; Daniel C. Ahern and Kevin J. Gillogly, of counsel. Opinion by JUSTICE LEWE. Not to be published in full. Opinion filed April 21, 1954; released for publication May 27, 1954.

Harold S. Olson and Ethel M. Olson, his Wife, Appellants, v. Nils V. Westerberg and Anna Westerberg, his Wife, Appellees.

Gen. No. 46,193. (Abstract of Decision.)

Vincent D. McConnell, for appellants; David Jetzinger, for appellees. Opinion by PRESIDING JUSTICE NIEMEYER. Not to be published in full. Opinion filed May 3, 1954; rehearing denied May 26, 1954; released for publication May 27, 1954.

Ray Schalk, Lavina Schalk, Grover Lutgert and Ellen Lutgert, Copartners Trading as Ray Schalk's Evergreen Towers, Appellants, v. Frank Schaffer, Appellee.

## Gen. No. 46,278. (Abstract of Decision.)

Johnson, Cass & Bateman, for appellants; Rudolph L. Johnson, and Donald E. Bateman, of counsel; Schwartz & Cooper, for appellee. Opinion by PRESIDING JUSTICE NIEMEYER. Not to be published in full. Opinion filed May 3, 1954; released for publication May 27, 1954.